UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | 2014 DEC -9 P 4: 06 |
| | ) | |
| v. | ) | No. 2:14-CR-130 |
| | ) | Judge |
| **JOSHUA MYERS,** | ) | **TO BE FILED UNDER SEAL** |
| **JODI BROWN,** | ) | |
| **JESSE BROWN,** | ) | |
| **CHRISTOPHER PENLEY,** | ) | |
| **ERICA MURPHY, and** | ) | |
| **ALISON MOORE** | ) | |

ORDER TO SEAL

Upon motion of the United States and for good cause shown, the court file for this case is hereby placed under seal. The file shall remain sealed until all defendants have made an initial appearance before the court, at which time the file shall be unsealed unless the court orders otherwise. This sealing order does not prevent disclosure of the indictment to duly authorized law enforcement officers or United States Marshals for purposes of arrest or apprehension of the named defendant(s).

SO ORDERED:

DENNIS H. INMAN
U.S. Magistrate Judge