# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 2:14-CR-130 |
| | ) | Judge Jordan |
| JODI BROWN | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: Jailer
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of Jodi Brown detained in the Greene County Detention Center, in Greeneville, Tennessee, in *City/State under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Greeneville, Tennessee, on January 5, 2015, at 10:00 a.m., there to be present for Initial Appearance, or for her case to be otherwise disposed of upon said indictment heretofore returned against her, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Jailer, at Greene County Detention Center, in Greeneville, Tennessee, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if Jailer so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said Jodi Brown into his custody and possession at said Greene County Detention Center, in Greeneville,

1

Tennessee and under safe and secure conduct to have her before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return Jodi Brown to said Greene County Detention Center, in Greeneville, Tennessee under safe and secure conduct and redeliver him to the Jailer, of Greene County Detention Center, in Greeneville, Tennessee.

DEBBIE POPLIN, Clerk

By *(signature)*
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _05_ day of _January_, 201_5_.

By: *(signature)*
United States Marshal/Deputy

**RETURNED:**

EXECUTED this _5_ day of _June_, 201_5_.

By: *(signature)*
United States Marshal/Deputy

6/5/2015 Returned to Greene Co.

**SENTENCED STATE PRISONER:** Yes: ___ No: ___

2